UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID AARON SIMS,

    Plaintiff,

v.                                            CASE NO. 3:25-cv-335-TJC-SJH

JOHN DOE OFFICERS 1-5, etc., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*.

Upon review, the Court finds that Plaintiff's amended Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983, Doc. 4, must be amended or otherwise corrected because it is unsigned and does not include Plaintiff's address, email address, and telephone number. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by … a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. … The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.").

Accordingly, it is **ordered** that by no later than **June 17, 2025**, Plaintiff must cure the omission of a signature from his pleading and comply with the requirements of Fed. R. Civ. P. 11(a).

**DONE AND ORDERED** in Jacksonville, Florida, on May 29, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro Se* Plaintiff